No. —— ——. ESCAMILLA v. NEBRASKA;

No. —— ——. HOLLOWAY v. BURCH ET AL.; and

No. —— ——. KING v. VAUGHN ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. —— ——. SMITH v. HARGETT, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. D–1381. IN RE DISBARMENT OF MEACHAM. Disbarment entered. [For earlier order herein, see 511 U. S. 1027.]

No. D–1386. IN RE DISBARMENT OF HEIMAN. Disbarment entered. [For earlier order herein, see 511 U. S. 1028.]

No. D–1403. IN RE DISBARMENT OF MOSTMAN. Paul Ian Mostman, of Granada Hills, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 6, 1994 [511 U. S. 1140], is hereby discharged.

No. D–1412. IN RE DISBARMENT OF LEDERBERG. It is ordered that Joshua Lederberg, of Babylon, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1413. IN RE DISBARMENT OF KILPATRICK. It is ordered that Donald E. Kilpatrick, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1414. IN RE DISBARMENT OF WOODSIDE. It is ordered that Jon Lee Woodside, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.